IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **FLEMING COMPANIES, INC.,** ) Civil Action | |
| **SECURITIES AND DERIVATIVE** ) No.: 5-03:MD-1530 | |
| **LITIGATION** ) (TJW) Pending in the | |
| ) U.S. District Court | |
| ) for the Eastern District | |
| ) of Texas (MDL Docket | |
| ) No. 1530) | |
| ) | Misc. Action No: |
| ) | **1:05-mc-00201** |
| ) | **RWR-DAR** |
| This Document Relates to: ) | |
| ) | |
| **TWIN CITY FIRE INSURANCE COMPANY** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) Civil Action | |
| ) No.: 5-05 cv 92 | |
| **FLEMING COMPANIES, INC., et al.** ) (TJW) Pending in the | |
| ) U.S. District Court | |
| Defendants. ) for the Eastern District | |
| ) of Texas (MDL Docket | |
| ) No. 1530) | |
| ) | |

STIPULATION TO EXTEND TIME
FOR DEFENDANT ALBERT ABBOOD
TO RESPOND TO MOTION TO COMPEL

Plaintiff Twin City Fire Insurance Company and Defendant Albert Abbood hereby stipulate and agree that the time for Mr. Abbood to respond to Plaintiff's *Motion to Compel Compliance with Subpoena* (filed on May 25, 2005) shall be extended to June 22, 2005. The parties note that they are engaged in settlement discussions and hope to resolve this matter without further Court intervention. The parties will keep the Court apprised of any further developments in that regard.

This stipulation is not intended to waive and does not waive any rights of plaintiff or defendant or any defenses that defendant may have.

Dated: June 7, 2005

Respectfully submitted,

FOR PLAINTIFF TWIN CITY
FIRE INSURANCE COMPANY:

*Christopher W. Mahoney / By B.P. w/ authority*
Christopher W. Mahoney
D.C. Bar No. 394416
DUANE MORRIS LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006
202-776-7867

For Defendant Albert Abbood:

*Brian M. Privor*
Mark A. Srere (D.C. Bar. No. 414487)
Brian M. Privor (D.C. Bar. No. 470149)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served on this 7th day of June 2005, one copy of the foregoing Stipulation, by first-class mail, postage prepaid upon:

    Christopher W. Mahoney, Esq.
    Duane Morris LLP
    1667 K Street, N.W., Suite 700
    Washington, D.C. 20006-1608

    Ian Connor Bifferato, Esq.
    Joseph K. Koury, Esq.
    Garvan F. McDaniel, Esq.
    BIFFERATO, GENTILOTTI & BIDEN, P.A.
    1308 Delaware Avenue
    The Buckner Building
    P.O. Box 2165
    Wilmington, DE 19899-2165

    Christopher C. White, Esq.
    Marcie J. Freeman, Esq.
    WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
    500 Renaisance Tower
    1201 Elm Street
    Dallas, TX 75270

    Mark G. Ledwin, Esq.
    WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
    3 Gannett Drive
    White Plains, NY 10604

    *Counsel for Fleming Companies, Inc. and/or its Successor in Interest*
    John N. Hermes, Esq.
    MCAFEE & TAFT A PROFESSIONAL CORPORATION
    10th Floor, Two Leadership Square
    211 N. Robinson
    Oklahoma City, OK 73102

B. Daryl Bristow, Esq.
Tim Durst, Esq.
BAKER BOTTS
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

James H.M. Sprayregen, Esq.
Richard I. Wynne, Esq.
Geoffrey A. Richards, Esq.
Dick Berger, Esq.
KIRKLAND & ELLIS LLP
777 Figueroa Street
Los Angeles, CA 90017

James E. O'Neill
PACHULSKI, STANG, ZIEHL, YOUNG,
 JONES, WEINTRAUB
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899

*Counsel for Thomas Mark Hansen*
Wayne M. Secore, Esq.
SECORE & WALLER, L.L.P.
Three Forest Plaza, Suite 1100
12221 Merit Drive
Dallas, TX 75251

*Counsel for Neal J. Rider*
Stephen Cass Weiland, Esq.
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, TX 75201-2774

*Counsel for Mark D. Shapiro*
Terence J. Hart, Esq.
MUNSCH HARDT KOPF & HARR, PC
1445 Ross Avenue, 4000 Fountain Place
Dallas, TX 75202

*Counsel for Thomas Dahlen*
Edwin J. Tomko, Esq.
McMANEMIN & SMITH, PC
Plaza of the Americas
600 North Pearl Street
Suite 1600, LB #175
Dallas, TX 75201

*Counsel for E. Stephen Davis*
Jim L. Flegle, Esq.
LOEWINSOHN FLEGLE, LLP
18383 Preston Road, Suite 100
Dallas, TX 75252

*Counsel for Philip Murphy*
Gary S. Kessler, Esq.
KESSLER COLLINS
5950 Sherry Lane, Suite 222
Dallas, TX 75225

*Counsel for Herbert M. Baum, Kenneth M. Duberstein, Archie R. Dykes, Carol B. Hallett, Robert S. Hamanda, Alice M. Peterson, Carlos B. Hernandez, Edwrd C. Joullian, III and Guy A. Osborn*
Fletcher L. Yarbrough, Esq.
Bruce W. Collins, Esq.
CARRINGTON COLEMAN SLOMAN
 & BLUMENTHAL, L.L.P.
200 Crescent Court, Suite 1500
Dallas, TX 75201-1848

C. Dennis Chambers, Esq.
ATCHLEY, RUSSELL, WALDROP
 & HLAVINKA, LLP
P.O. Box 5517
1710 Moore Lane
Texarkana, TX 75505


Samuel F. Baxter, Esq.
McKool Smith
505 East Travis Street
Marshall, TX 75670

Diane M. Sumoski, Esq.
Carrington Coleman Sloman & blumenthal
200 Crescent Court, Suite 1500
Dallas, TX 75201

Etta R. Wolfe, Esq.
Smith Katzenstein & Furlow
PO Box 410
Wilmington, DE 19899

Louis J. Rizzo, Jr., Esq.
Reger & Rizzo
1001 Jefferson Street, Suite 202
Wilmington, DE 19801

_____
Brian M. Privor