RECEIVED
JUN 1 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **FLEMING COMPANIES, INC.,** | Civil Action ) | |
| **SECURITIES AND DERIVATIVE** | No.: 5-03:MD-1530 ) | |
| **LITIGATION** | (TJW) Pending in the ) | |
| | United States District ) | |
| | Court For the Eastern ) | |
| | District of Texas ) | |
| | (MDL Docket ) | |
| | No. 1530) ) | |
| | ) | |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| **TWIN CITY FIRE INSURANCE COMPANY** | ) | |
| 55 FARMINGTON AVENUE, SUITE 100 | ) | |
| HARTFORD, CT 06105-3725 | ) | |
| | ) | |
| Plaintiff, | ) Misc. Action No. | |
| | ) 1:05-mc-00201 | |
| | ) RWR-DAR | |
| v.     Civil Action | ) | |
| No.: 5:05 cv 92 | ) | |
| (TJW) Pending in the United ) | | |
| States District Court For the ) | | |
| Eastern District of Texas ) | | |
| (MDL Docket No. 1530) ) | | |
| | ) | |
| **FLEMING COMPANIES, INC.,** *ET AL.* | ) | |
| 1945 LAKEPOINTE DRIVE | ) | |
| P.O. BOX 299013 | ) | |
| LEWISVILLE, TX 75029 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF FILING

Please take notice of the above address for plaintiff Twin City Fire Insurance Company
and the above last known address for defendant Fleming Companies, Inc.


_____

Christopher W. Mahoney
D.C. Bar No. 394416
DUANE MORRIS LLP
1667 K Street, N.W., Suite 700
Washington, D.C. 20006-1608
Telephone:    (202) 776-7867
Facsimile:    (202) 776-7801

*Counsel for Twin City Fire Insurance
Company*


Dated:  June 10, 2005
Washington, D.C.


## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Notice of Filing via first class mail, postage
prepaid on the 10th day of June, 2005 on the following individuals:


Christopher C. White
Wilson, Elser, Moskowitz, Edelman &
Dicker
1201 Elm Street
5000 Renaissance Tower
Dallas, TX  75270

Ian Conner Bifferato
Joseph K. Koury
Garvan F. McDaniel
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
The Buckner Building
Wilmington, DE  19899

Mark G. Ledwin, Esq.
Wilson, Elser, Moskowitz, Edelman &
Dicker
3 Gannett Drive
White Plains, NY  10604

John N. Hermes
McAfee & Taft
10th Flr., Two Leadership Square
211 N. Robinson
Oklahoma City, OK  73102

-2-

James E. O'Neill
Pachulski, Stang, Ziehl, Young, Jones, Weintraub
919 N. Market Street, 16th Floor
Wilmington, DE 19899

Wayne M. Secore
Secore & Waller
Three Forest Plaza, Suite 1100
12221 Merit Drive
Dallas, TX 75251

Terence J. Hart
Dennis Roossien
Munsch Hardt Kopf & Harr, PC
1445 Ross Avenue
4000 Fountain Place
Dallas, TX 75202

Jim L. Flegle
Loewinsohn Flegle, LLP
18383 Preston Road, Suite 100
Dallas, TX 75252

Mark A. Srere
Brian M. Privor
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Etta Rena Wolfe
Smith, Katzenstein & Furlow
P.O. Box 410
Wilmington, DE 19899

Kathy D. Patrick, Esq.
Gibbs & Bruns L.L.P.
1100 Louisiana, Suite 5300
Houston, TX 77002

Samuel F. Baxter
McKool Smith
505 East Travis Street
Marshall, TX 75670

Stephen Cass Weiland
Patton Boggs LLP
2001 Ross Avenue, Suite 3000
Dallas, TX 75201

Edwin J. Tomko
McManemin & Smith
Plaza of the Americas
600 North Pearl Street
Suite 1600, LB #175
Dallas, TX 75201

Gary S. Kessler
Kessler Collins
5950 Sherry Lane, Suite 222
Dallas, TX 75225

Diane M. Sumoski
Carrington Coleman Sloman & Blumenthal
200 Crescent Court, Suite 1500
Dallas, TX 75201

Louis J. Rizzo, Jr.
Reger & Rizzo
1001 Jefferson Street, Suite 202
Wilmington, DE 19801

Christopher W. Mahoney

WSH\130243.1