## IN THE UNITED DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **FLEMING COMPANIES, INC.,** Civil Action ) | |
| **SECURITIES AND DERIVATIVE** No.: 5-03:MD-1530 ) | |
| **LITIGATION** (TJW) Pending in the ) | |
| U.S. District Court ) | |
| for the Eastern District ) | |
| of Texas (MDL Docket ) | |
| No. 1530) ) | |

Misc. Action No:
**1:05-mc-00201
RWR-DAR**

This Document Relates to:                                          )
                                                                   )
**TWIN CITY FIRE INSURANCE COMPANY**                               )
                                                                   )
         Plaintiff,                                   )
                                                                   )
         v.          Civil Action                         )
                                    No.: 5-05 cv 92                )
**FLEMING COMPANIES, INC., et al.**   (TJW) Pending in the          )
                                    U.S. District Court            )
         Defendants.   for the Eastern District         )
                                    of Texas (MDL Docket           )
                                    No. 1530)                      )

### NOTICE OF FILING

    Defendant Albert Abbood, through undersigned counsel, respectfully submits the attached

proposed Order in connection with the *Stipulation to Extend Time for Defendant Albert Abbood to*

*Respond to Motion to Compel* filed in this case on June 7, 2005 (docket entry no. 4).

Dated: June 13, 2005             Respectfully submitted,

                             Mark A. Srere  (D.C. Bar. No. 414487)
                             Brian M. Privor (D.C. Bar. No. 470149)

MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 739-3000

*Counsel for Defendant Albert Abbood*

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served on this 13th day of June 2005, a true and

correct copy of the foregoing Notice of Filing to be sent via electronic filing and/or first-class

mail, postage prepaid upon:

Christopher W. Mahoney, Esq.
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, D.C. 20006-1608

Ian Connor Bifferato, Esq.
Joseph K. Koury, Esq.
Garvan F. McDaniel, Esq.
BIFFERATO, GENTILOTTI & BIDEN, P.A.
1308 Delaware Avenue
The Buckner Building
P.O. Box 2165
Wilmington, DE 19899-2165

Christopher C. White, Esq.
Marcie J. Freeman, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
500 Renaisance Tower
1201 Elm Street
Dallas, TX 75270

Mark G. Ledwin, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604


*Counsel for Fleming Companies, Inc. and/or its Successor in Interest*
John N. Hermes, Esq.
MCAFEE & TAFT A PROFESSIONAL CORPORATION
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102

B. Daryl Bristow, Esq.
Tim Durst, Esq.
BAKER BOTTS
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

James H.M. Sprayregen, Esq.
Richard I. Wynne, Esq.
Geoffrey A. Richards, Esq.
Dick Berger, Esq.
KIRKLAND & ELLIS LLP
777 Figueroa Street
Los Angeles, CA 90017

James E. O'Neill
PACHULSKI, STANG, ZIEHL, YOUNG,
 JONES, WEINTRAUB
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899

*Counsel for Thomas Mark Hansen*
Wayne M. Secore, Esq.
SECORE & WALLER, L.L.P.
Three Forest Plaza, Suite 1100
12221 Merit Drive
Dallas, TX 75251

*Counsel for Neal J. Rider*
Stephen Cass Weiland, Esq.
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, TX 75201-2774

*Counsel for Mark D. Shapiro*
Terence J. Hart, Esq.
MUNSCH HARDT KOPF & HARR, PC
1445 Ross Avenue, 4000 Fountain Place
Dallas, TX 75202

*Counsel for Thomas Dahlen*
Edwin J. Tomko, Esq.
McMANEMIN & SMITH, PC
Plaza of the Americas
600 North Pearl Street
Suite 1600, LB #175
Dallas, TX 75201

*Counsel for E. Stephen Davis*
Jim L. Flegle, Esq.
LOEWINSOHN FLEGLE, LLP
18383 Preston Road, Suite 100
Dallas, TX 75252

*Counsel for Philip Murphy*
Gary S. Kessler, Esq.
KESSLER COLLINS
5950 Sherry Lane, Suite 222
Dallas, TX 75225

*Counsel for Herbert M. Baum, Kenneth M. Duberstein,*
*Archie R. Dykes, Carol B. Hallett, Robert S. Hamanda,*
*Alice M. Peterson, Carlos B. Hernandez, Edwrd C. Joullian, III*
*and Guy A. Osborn*
Fletcher L. Yarbrough, Esq.
Bruce W. Collins, Esq.
CARRINGTON COLEMAN SLOMAN
  & BLUMENTHAL, L.L.P.
200 Crescent Court, Suite 1500
Dallas, TX 75201-1848

C. Dennis Chambers, Esq.
ATCHLEY, RUSSELL, WALDROP
  & HLAVINKA, LLP
P.O. Box 5517
1710 Moore Lane
Texarkana, TX 75505

Samuel F. Baxter, Esq.
McKool Smith
505 East Travis Street
Marshall, TX 75670

Diane M. Sumoski, Esq.
Carrington Coleman Sloman & blumenthal

200 Crescent Court, Suite 1500
Dallas, TX 75201

Etta R. Wolfe, Esq.
Smith Katzenstein & Furlow
PO Box 410
Wilmington, DE 19899

Louis J. Rizzo, Jr. , Esq.
Reger & Rizzo
1001 Jefferson Street, Suite 202
Wilmington, DE 19801

Brian M. Privor