IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **FLEMING COMPANIES, INC.,** | ) Civil Action | |
| **SECURITIES AND DERIVATIVE** | ) No.: 5-03:MD-1530 | |
| **LITIGATION** | ) (TJW) Pending in the | |
| | ) U.S. District Court | |
| | ) for the Eastern District | |
| | ) of Texas (MDL Docket | |
| | ) No. 1530) | |
| | ) | Misc. Action No: |
| | ) | 1:05-mc-00201 |
| This Document Relates to: | ) | **RWR-DAR** |
| | ) | |
| **TWIN CITY FIRE INSURANCE COMPANY** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civil Action | |
| | ) No.: 5-05 cv 92 | |
| **FLEMING COMPANIES, INC., et al.** | ) (TJW) Pending in the | |
| | ) U.S. District Court | |
| Defendants. | ) for the Eastern District | |
| | ) of Texas (MDL Docket | |
| | ) No. 1530) | |

## ORDER

Before the Court is the *Stipulation to Extend Time for Defendant Albert Abbood to Respond to Motion to Compel* filed by Plaintiff Twin City Fire Insurance Company and Defendant Albert Abbood. The parties have stipulated that the time for Mr. Abbood to respond to Plaintiff's *Motion to Compel Compliance with Subpoena* (filed on May 25, 2005) shall be extended to June 22, 2005. Upon consideration of the joint stipulation and the record herein,

IT IS ORDERED this ___ day of June 2005, that Defendant Albert Abbood's time to respond to Plaintiff's *Motion to Compel Compliance with Subpoena* shall be extended to June 22, 2005.

_____
Magistrate Judge D.A. Robinson
