IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re:<br><br>**FLEMING COMPANIES, INC.,**<br>**SECURITIES AND DERIVATIVE**<br>**LITIGATION** | Civil Action<br>No.: 5-03:MD-1530<br>(TJW) Pending in the<br>U.S. District Court<br>for the Eastern District<br>of Texas (MDL Docket<br>No. 1530) | Misc. Action No:<br>**1:05-mc-00201**<br>**RWR-DAR** |
| This Document Relates to:<br><br>**TWIN CITY FIRE INSURANCE COMPANY**<br><br>Plaintiff,<br><br>v.<br><br>**FLEMING COMPANIES, INC., et al.**<br><br>Defendants. | Civil Action<br>No.: 5-05 cv 92<br>(TJW) Pending in the<br>U.S. District Court<br>for the Eastern District<br>of Texas (MDL Docket<br>No. 1530) | |

**STIPULATION TO FURTHER EXTEND TIME**
**FOR DEFENDANT ALBERT ABBOOD**
**TO RESPOND TO MOTION TO COMPEL**

Plaintiff Twin City Fire Insurance Company and Defendant Albert Abbood hereby stipulate and agree that the time for Mr. Abbood to respond to Plaintiff's *Motion to Compel Compliance with Subpoena* (filed on May 25, 2005, docket entry no. 1) shall be extended to July 6, 2005. The parties previously agreed to extend the response date until June 22, 2005 to afford them the opportunity to engage in settlement discussions. The parties remain engaged in settlement discussions and hope to

-1-

resolve this matter without further Court intervention. The parties will keep the Court apprised of any further developments in that regard. This stipulation is not intended to waive and does not waive any rights of plaintiff or defendant or any defenses that defendant may have. A proposed order is attached for the Court's consideration.

Dated: June 21, 2005                                    Respectfully submitted,

**FOR PLAINTIFF TWIN CITY**
**FIRE INSURANCE COMPANY:**

*Christopher W. Mahoney / By B.P. w/ authority*
Christopher W. Mahoney
D.C. Bar No. 394416
DUANE MORRIS LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006
202-776-7867


For Defendant Albert Abbood:

Mark A. Srere  (D.C. Bar. No. 414487)
Brian M. Privor (D.C. Bar. No. 470149)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000

-2-

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served on this 21st day of June 2005, one copy of the foregoing Stipulation, by first-class mail, postage prepaid upon:

Christopher W. Mahoney, Esq.
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, D.C. 20006-1608

Ian Connor Bifferato, Esq.
Joseph K. Koury, Esq.
Garvan F. McDaniel, Esq.
BIFFERATO, GENTILOTTI & BIDEN, P.A.
1308 Delaware Avenue
The Buckner Building
P.O. Box 2165
Wilmington, DE  19899-2165

Christopher C. White, Esq.
Marcie J. Freeman, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
500 Renaisance Tower
1201 Elm Street
Dallas, TX  75270

Mark G. Ledwin, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY  10604


*Counsel for Fleming Companies, Inc. and/or its Successor in Interest*
John N. Hermes, Esq.
MCAFEE & TAFT A PROFESSIONAL CORPORATION
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK  73102

Case 1:05-mc-00201-RWR   Document 7   Filed 06/21/2005   Page 4 of 6

B. Daryl Bristow, Esq.
Tim Durst, Esq.
BAKER BOTTS
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

James H.M. Sprayregen, Esq.
Richard I. Wynne, Esq.
Geoffrey A. Richards, Esq.
Dick Berger, Esq.
KIRKLAND & ELLIS LLP
777 Figueroa Street
Los Angeles, CA 90017

James E. O'Neill
PACHULSKI, STANG, ZIEHL, YOUNG,
 JONES, WEINTRAUB
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899

<u>Counsel for Thomas Mark Hansen</u>
Wayne M. Secore, Esq.
SECORE & WALLER, L.L.P.
Three Forest Plaza, Suite 1100
12221 Merit Drive
Dallas, TX 75251

<u>Counsel for Neal J. Rider</u>
Stephen Cass Weiland, Esq.
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, TX 75201-2774

<u>Counsel for Mark D. Shapiro</u>
Terence J. Hart, Esq.
MUNSCH HARDT KOPF & HARR, PC
1445 Ross Avenue, 4000 Fountain Place
Dallas, TX 75202

*Counsel for Thomas Dahlen*
Edwin J. Tomko, Esq.
McMANEMIN & SMITH, PC
Plaza of the Americas
600 North Pearl Street
Suite 1600, LB #175
Dallas, TX 75201

*Counsel for E. Stephen Davis*
Jim L. Flegle, Esq.
LOEWINSOHN FLEGLE, LLP
18383 Preston Road, Suite 100
Dallas, TX 75252

*Counsel for Philip Murphy*
Gary S. Kessler, Esq.
KESSLER COLLINS
5950 Sherry Lane, Suite 222
Dallas, TX 75225

*Counsel for Herbert M. Baum, Kenneth M. Duberstein, Archie R. Dykes, Carol B. Hallett, Robert S. Hamanda, Alice M. Peterson, Carlos B. Hernandez, Edwrd C. Joullian, III and Guy A. Osborn*
Fletcher L. Yarbrough, Esq.
Bruce W. Collins, Esq.
CARRINGTON COLEMAN SLOMAN
  & BLUMENTHAL, L.L.P.
200 Crescent Court, Suite 1500
Dallas, TX 75201-1848

C. Dennis Chambers, Esq.
ATCHLEY, RUSSELL, WALDROP
  & HLAVINKA, LLP
P.O. Box 5517
1710 Moore Lane
Texarkana, TX 75505


Samuel F. Baxter, Esq.
McKool Smith
505 East Travis Street
Marshall, TX 75670

Diane M. Sumoski, Esq.
Carrington Coleman Sloman & blumenthal
200 Crescent Court, Suite 1500
Dallas, TX 75201

Etta R. Wolfe, Esq.
Smith Katzenstein & Furlow
PO Box 410
Wilmington, DE 19899

Louis J. Rizzo, Jr., Esq.
Reger & Rizzo
1001 Jefferson Street, Suite 202
Wilmington, DE 19801

/s/ Brian M. Privor
Brian M. Privor