IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re:<br><br>**FLEMING COMPANIES, INC.,**<br>**SECURITIES AND DERIVATIVE**<br>**LITIGATION** | Civil Action<br>No.: 5-03:MD-1530<br>(TJW) Pending in the<br>U.S. District Court<br>for the Eastern District<br>of Texas (MDL Docket<br>No. 1530) | Misc. Action No:<br>**1:05-mc-00201**<br>**RWR-DAR** |
| This Document Relates to:<br><br>**TWIN CITY FIRE INSURANCE COMPANY**<br><br>Plaintiff,<br><br>v.<br><br>**FLEMING COMPANIES, INC., et al.**<br><br>Defendants. | Civil Action<br>No.: 5-05 cv 92<br>(TJW) Pending in the<br>U.S. District Court<br>for the Eastern District<br>of Texas (MDL Docket<br>No. 1530) | |

**ORDER**

Before the Court is the *Stipulation to Further Extend Time for Defendant Albert Abbood to Respond to Motion to Compel* filed by Plaintiff Twin City Fire Insurance Company and Defendant Albert Abbood. The parties have stipulated that the time for Mr. Abbood to respond to Plaintiff's *Motion to Compel Compliance with Subpoena* (filed on May 25, 2005, docket entry no. 1) shall be extended to July 6, 2005. Upon consideration of the joint stipulation and the record herein,

IT IS ORDERED this ___ day of June 2005, that Defendant Albert Abbood's time to respond to Plaintiff's *Motion to Compel Compliance with Subpoena* shall be extended to July 6, 2005.

_____<br>Magistrate Judge D.A. Robinson