IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **FLEMING COMPANIES, INC.,** | ) Civil Action |
| **SECURITIES AND DERIVATIVE** | ) No.: 5-03:MD-1530 |
| **LITIGATION** | ) (TJW) Pending in the |
| | ) United States District |
| | ) Court For the Eastern |
| | ) District of Texas |
| | ) (MDL Docket |
| | ) No. 1530) |
| | ) |
| This Document Relates To: | ) |
| | ) |
| **TWIN CITY FIRE INSURANCE COMPANY** | ) |
| | ) |
| Plaintiff, | ) Misc. Action No. |
| | ) 1:05-mc-00201 |
| | ) RWR-DAR |
| v.   Civil Action | ) |
| No.: 5:05 cv 92 | ) |
| (TJW) Pending in the United | ) |
| States District Court For the | ) |
| Eastern District of Texas | ) |
| (MDL Docket No. 1530) | ) |
| | ) |
| **FLEMING COMPANIES, INC.,** *ET AL.* | ) |
| | ) |
| Defendants. | ) |

FILED
JAN 9 - 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Twin City Fire Insurance Company and Defendant Albert Abbood hereby stipulate and agree to the dismissal of this action.

Respectfully submitted,

*[signature]*

Christopher W. Mahoney
(D.C. Bar No. 394416)
DUANE MORRIS LLP
1667 K Street, N.W., Suite 700
Washington, D.C. 20006-1608
Telephone:    (202) 776-7867

*Counsel for Plaintiff Twin City Fire
Insurance Company*

*[signature]* Brian Privor by Christopher Mahoney with permission

Mark A. Srere (D.C. Bar No. 414487)
Brian M. Privor (D.C. Bar No. 470149)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 739-3000

*Counsel for Defendant Albert Abbood*

DATED   January 3, 2006

*[signature]*

Deborah A. Robinson
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Stipulation of Dismissal via first class mail, postage prepaid on the 3rd day of January, 2006 on the following individuals:

Christopher C. White
Wilson, Elser, Moskowitz, Edelman & Dicker
1201 Elm Street
5000 Renaissance Tower
Dallas, TX 75270

Ian Conner Bifferato
Joseph K. Koury
Garvan F. McDaniel
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
The Buckner Building
Wilmington, DE 19899

James E. O'Neill
Pachulski, Stang, Ziehl, Young, Jones, Weintraub
919 N. Market Street, 16th Floor
Wilmington, DE 19899

Wayne M. Secore
Secore & Waller
Three Forest Plaza, Suite 1100
12221 Merit Drive
Dallas, TX 75251

Terence J. Hart
Dennis Roossien
Munsch Hardt Kopf & Harr, PC
1445 Ross Avenue
4000 Fountain Place
Dallas, TX 75202

Jim L. Flegle
Loewinsohn Flegle, LLP
18383 Preston Road, Suite 100
Dallas, TX 75252

Mark G. Ledwin, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604

John N. Hermes
McAfee & Taft
10th Flr., Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102

Samuel F. Baxter
McKool Smith
505 East Travis Street
Marshall, TX 75670

Stephen Cass Weiland
Patton Boggs LLP
2001 Ross Avenue, Suite 3000
Dallas, TX 75201

Edwin J. Tomko
McManemin & Smith
Plaza of the Americas
600 North Pearl Street
Suite 1600, LB #175
Dallas, TX 75201

Gary S. Kessler
Kessler Collins
5950 Sherry Lane, Suite 222
Dallas, TX 75225

Mark A. Srere
Brian M. Privor
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Etta Rena Wolfe
Smith, Katzenstein & Furlow
P.O. Box 410
Wilmington, DE 19899

B. Daryl Bristow
Tim Durst
BAKER BOTTS
910 Louisiana Street
Houston, TX 77002

C. Dennis Chambers
Atchley, Russell, Waldrop & Hlavinka, LLP
1710 Moore Lane
Texarkana, TX 75505

Diane M. Sumoski
Bruce W. Collilns
Fletcher L. Yarbrough
Carrington Coleman Sloman & Blumenthal
200 Crescent Court, Suite 1500
Dallas, TX 75201

Louis J. Rizzo, Jr.
Reger & Rizzo
1001 Jefferson Street, Suite 202
Wilmington, DE 19801

James H.M. Sprayregen
Richard I. Wynne
Geoffrey A. Richards
Dick Berger
KIRKLAND & ELLIS LLP
777 Figueroa Street
Los Angeles, CA 90017

/s/ Christopher W. Mahoney
Christopher W. Mahoney

WSH\150412.1